1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff MOHAMED ALI**

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  MOHAMED ALI                          )
                                         )
13          Plaintiff,                   )    **Civil Action No.**
                                         )
14      v.                               )
                                         )
15  MICHAEL B. MUKASEY, Attorney General, )   **COMPLAINT FOR**
    ROBERT S. MUELLER, Director          )   **MANDAMUS AND**
16  Federal Bureau of Investigation,     )   **DECLARATORY AND**
    MICHAEL CHERTOFF, Secretary          )   **INJUNCTIVE RELIEF**
17  Department of Homeland Security       )
                                         )   **IMMIGRATION**
18          Defendants                   )   **MANDAMUS CASE**
    _____)

19                    **I. INTRODUCTION**

20      This action is brought by Plaintiff to compel Defendants to process the

21  necessary background checks, schedule his naturalization interview, and

22  adjudicate his application for Application for Naturalization (Form N-400)

23  under 8 U.S.C. §1427.   Plaintiff's application was filed on August 16, 2006

24  with the California Service Center of the United States Citizenship and

25  Immigration Services "USCIS", an agency within the Department of Homeland

26  Security.   Plaintiff has made several inquiries concerning this application.

27

28  *Ali v. Mukasey*
    Complaint for Mandamus              1

1  Defendants have failed to complete his background check, failed to schedule

2  his interview,  and failed to adjudicate the application.

3

4                              **II.  PARTIES**

5      1.  Plaintiff, Mohamed Ali, is a lawful permanent resident of the United

6  States.  He resides in San Francisco, California with his U.S. citizen wife and

7  three U.S. citizen children.

8      2.  Defendant Michael B. Mukasey is sued in his official capacity as the

9  Attorney General of the United States.  He is charged with the authority and

10  duty to direct, manage, and supervise all employees and all files and records of

11  the Department of Justice including the security checks required to obtain an

12  immigration benefit such as naturalization.  He oversees the FBI which is

13  responsible for conducting both criminal record checks and the National Name

14  Check Program ("NNCP").  The NNCP disseminates information from the FBI's

15  Central Records System in response to requests submitted by federal agencies,

16  including USCIS.

17      3.  Defendant Robert S. Mueller is sued in his official capacity as the

18  Director of the Federal Bureau of Investigation ("FBI").  He is responsible for

19  conducting both criminal record checks and the NNCP.  The NNCP

20  disseminates information from the FBI's Central Records System in response to

21  requests submitted by federal agencies, including USCIS.

22      4.    Defendant Michael Chertoff is sued in his official capacity as  the

23  Secretary of the Department of Homeland Security.  In this capacity he has

24  responsibility for the administration and enforcement of the immigration laws

25  pursuant to 8 U.S.C. §1103(a) including the accurate, efficient and secure

26  processing of immigration benefits.

27

28  *Ali v. Mukasey*
   Complaint for Mandamus                    2

### III. JURISDICTION

5.      This is a civil action brought pursuant to 28 USC §§ 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants to perform duties owed to Plaintiff.

6.      Jurisdiction is also conferred by 5 USC § 704. Plaintiffs are aggrieved by adverse agency action in this case, as the Administrative Procedure Act requires in order to confer jurisdiction on the District Courts.   5 USC § 702 *et seq.*

7.      The aid of the Court is invoked under 28 USC §§ 2201 and 2202, authorizing a declaratory judgment.

8.      Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC § 504, and 28 USC §2412(d), *et seq.*

### IV. VENUE

9.    Venue is proper in the Northern District of California since Plaintiff resides in San Francisco, California.

### V. EXHAUSTION OF REMEDIES

10.      Plaintiff has exhausted his administrative remedies.  Plaintiff has made several inquiries concerning the status of his N-400 application to no avail.   Plaintiff has no other adequate remedy available for the harm he seeks to redress - the failure of Defendants to process his background checks, schedule his interview, and process his application for naturalization in a timely manner.

1

**VI. REMEDY SOUGHT**

2    11.   Plaintiff seeks to have the Court compel Defendants to take

3  whatever steps are necessary to adjudicate his pending N-400 application,

4  including the completion of all necessary background checks, the scheduling of

5  his naturalization interview, and adjudication of his naturalization application

6  within 120 days of his interview.  Plaintiff also seeks a declaration from this

7  Court that the Defendants' requirement of an FBI name check is *ultra vires* and

8  injunctive relief enjoining Defendants from using the FBI name check program.

9

10                   **VII. STATEMENT OF FACTS**

11    12.   Plaintiff is a native of Iran.  He has been a lawful permanent resident

12  since August 6, 2001.   Plaintiff's  alien registration number is A072 857 125.

13  *(See Attachment A)*

14    13.   On August 16, 2006 Plaintiff applied for naturalization under 8

15  U.S.C. §1427 with the California Service Center of USCIS.

16    14.   Defendants took Plaintiff's fingerprints on September 19, 2006.

17   *(See Attachment B)*

18    15.   Defendants have scheduled a second fingerprint appointment for

19  Plaintiff on August 26, 2008.  *(See Attachment C)*

20    16. Plaintiff seeks to have his interview scheduled to demonstrate that

21  meets all the eligibility requirements for citizenship, including residence,

22  physical presence, good moral character, ability to read and write English, and

23  knowledge of U.S. history and government as required under 8 U.S.C. §1427.

24    17.   Plaintiff is a law abiding and responsible individual.  He has no

25  criminal record.   (*See Attachment D*)

26    18.   Plaintiff holds doctorate dental degrees from the Aleppo School of

27

28  *Ali v. Mukasey*
    Complaint for Mandamus                    4

Dentistry and the Loma Linda School of Dentistry.  He has held teaching positions within the Oral and Maxillofacial Surgery Departments of the Loma Linda University School of Dentistry, San Bernardino Country Medical Center and Riverside General Hospital.  He currently has his own dental office in San Francisco, California in which he is engaged in general, implant, and cosmetic dentistry. *See* www.malidds.com.  He employs five U.S. citizens and one lawful permanent resident.

19.    Plaintiff wishes to become a U.S. citizen as soon as possible and enjoy all the liberties and freedoms attendant thereto, including the right to vote, sit on a jury, and travel abroad with a U.S. passport.  He also wishes to vote in the upcoming presidential election in November, 2008.

20.  According to Defendants' website, the USCIS District Office in San Francisco is currently processing N-400 applications filed as of July 29, 2007.[1]  *See* List of San Francisco District Office Processing Dates as of July 15, 2008 found at https://egov.uscis.gov/cris/jsps/ptimes.jsp.  (*Attachment E*)

21.  Since Plaintiff's N-400 application was filed on August 16, 2006, it is significantly past the current processing time.

22.  On April 25, 2006, USCIS directed its officials not to schedule interviews of naturalization applicants until it had received the results of their FBI name checks, in an effort to avoid judicial review of unadjudicated applications pursuant to 8 U.S.C. §1447(b).    *(See Attachment G)*

23.  On August 9, 2007, Defendants sent Plaintiff a letter replying to

_____

[1]According to a "News Release" issued by Defendants on August 11, 2008, USCIS projects that the average time it will take to complete a naturalization case in San Francisco as of the end of September, 2008 is 5.5 months.  (*See Attachment F*)

1    Plaintiff's inquiry about the status of his case.  This letter stated: "The

2    processing of your case has been delayed.  A check of our records establishes

3    that your case is not ready for decision, as the required investigation into your

4    name check remains open.  Until the background investigation is completed,

5    we cannot move forward on your case..." (*See Attachment H*)

6        24.  It is the sense of Congress that the processing of an immigration

7    benefit application should be completed not later than 180 days after the initial

8    filing of the application. 8 U.S.C. § 1571.

9

10                          **VIII. CAUSE OF ACTION**

11        25.  Plaintiff alleges that Defendants have a non-discretionary duty to

12    complete the processing of his background checks, conduct a naturalization

13    interview, and adjudicate his application for naturalization in a reasonable

14    time.  8 C.F.R. §§ 335.1; 335.2; 335.3.  Despite the fact that Plaintiff's

15    application has been pending since August 16, 2006, Defendants have failed to

16    complete  his background checks and failed to schedule his naturalization

17    interview.

18        26.  Plaintiff asserts that his application has been pending for a period

19    of time which is unreasonable and that Defendants have no lawful basis for

20    failing to proceed with the case.

21        27.  The Defendants, in violation of the Administrative Procedure Act,   5

22    U.S.C. §§555(b) and 701 et seq., 706 (1), 706(2)(A), 707(2)(C), 706 (2)(D)   are

23    unlawfully withholding or unreasonably delaying action on Plaintiff's

24    application, including the completion of the FBI name check,  and have failed

25    to carry out the adjudicative functions delegated to them by law.

26

27

28    *Ali v. Mukasey*
      Complaint for Mandamus                    6

28.  Defendants' failure to timely process Plaintiff's naturalization application, including the FBI name check, has caused and will continue to cause irreparable injury to Plaintiff as it has prevented Plaintiff from participating in U.S. society as a U.S. citizen, including the right to vote in local, state, and national  elections, particularly the upcoming election for President.

29.  Plaintiff alleges that Defendants' requirement of an FBI name check in the naturalization process is *ultra vires* in that no statute nor any regulation mandates that a name check be part of the background investigation.

30.  Defendants' failure to provide a general notice of proposed rule making and public comment period prior to adding the name check to the required criminal background check violated the Administrative Procedure Act, 5 U.S.C. §553.

## IX.  PRAYER

31.   WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) requiring Defendants to complete Plaintiff's background checks within 30 days.

(b) requiring Defendants to schedule Plaintiff's naturalization interview within 30 days of completion of the necessary background checks.

(c) requiring Defendants to adjudicate Plaintiff's naturalization application within 120 days of his interview as required by 8 U.S.C. §1447(b).

(d) declaring Defendants' policy of withholding the scheduling of a naturalization interview until receipt of the FBI name check to be *ultra vires* in that no law or regulation authorizes this policy.

(e) declaring that the current name check policy constitutes a substantive rule that departed from prior policy and practice.

(f) enjoining Defendants' current policy of delaying the scheduling of naturalization interviews until Defendants' name check policy is published in the Federal Register as a proposed regulation and subject to a period of public notice and comment.

(g) awarding Plaintiff reasonable attorney's fees and costs of court and

(h) granting such other relief at law and in equity as justice may require.


DATED:   August 19, 2008


Kip Evan Steinberg
Attorney for Plaintiff
MOHAMED ALI

1

**LIST OF ATTACHMENTS**

2

(pp. 1-13)

3

4

5      A      Copy of Permanent Residence Card

6      B       Notice of fingerprint appointment September 19, 2006

7      C       Notice of fingerprint appointment August 26, 2008

8
       D      FBI Identification Record showing  "No Arrest Record"
9

10     E      San Francisco District Office Processing Dates Posted July 15,

11            2008

12     F      USCIS News Release August 15, 2008 (Projected Naturalization

13            Processing Times)

14

15     G      USCIS Memo April 25, 2006  "Background Checks and

16            Naturalization Interview Scheduling"

17     H      USCIS response to status inquiry dated August 9, 2007

18

19

20

21

22

23

24

25

26

27

28     *Ali v. Mukasey*
       Complaint for Mandamus                9

## PERMANENT RESIDENT CARD

NAME ALI, MOHAMED I



INS A# 072-857-125

Birthdate    Category    Sex
01/01/62     E26         M

Country of Birth
Syria

CARD EXPIRES 03/14/12
Resident Since 08/06/01

```
C1USA0728571252WAC0106251799<<
6201016M1203141SYR<<<<<<<<<<3
ALI<<MOHAMED<I<<<<<<<<<<<<<<<<
```

EXHIBIT A

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE September 08, 2006 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | USCIS A# A 072 857 125 |
| APPLICATION NUMBER WSC*001571292 | RECEIVED DATE August 16, 2006 | PRIORITY DATE August 16, 2006 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MOHAMED IKBAL ALI
454 COUNTRY CLUB DR
SAN FRANCISCO CA 941

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY:

ON SEP 1 9 2006



To process your application, USCIS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT **THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

DATE AND TIME OF APPOINTMENT
09/19/2006
02:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☒ Wednesday afternoon ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
WSC*001571292

APPLICANT COPY

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

② EXHIBIT B

Form I-797C (Rev. 01/31/05) N

U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

Fingerprint Notification

| CASE TYPE | NOTICE DATE |
|---|---|
| N400    Application For Naturalization | August 13, 2008 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | USCIS A# |
|---|---|---|---|
| WSC*001571292 | August 16, 2006 | August 16, 2006 | A 072 857 125 |
| | | | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MOHAMED IKBAL ALI
331 SENECA AVENUE
SAN FRANCISCO CA  94112-3220



hdadcdmllmlhlddddlmdddddll

Your fingerprint card (FD-258) on file with the U.S. Citizenship and Immigration Services (USCIS) has expired. In order for the USCIS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO CA 94111506 | 08/26/2008<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon        ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 941111506

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY

APPLICATION NUMBER
WSC*001571292



## WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

  EXHIBIT 

Form I-797C (Rev. 01/31/05) N

June 13, 2008

Federal Bureau of Investigation
Criminal Justice Information Services (CJIS) Division
ATTN: SCU, Mod. D-2
1000 Custer Hollow Road
Clarksburg, WV 26306

Dear Sir or Madam:

By this letter, I am requesting that you furnish me with an identification record for myself. The necessary information is as follows:

|  |  |
|---|---|
| Name: | Mohamed Ikbal Ali |
| Other names used: | None |
| Date of Birth: | 01/01/1962 |
| Place of Birth: | Muhambil, Syria |

Would you kindly forward the record directly to my attorney, **Kip Evan Steinberg, 1000 Fourth Street, Suite 600, San Rafael, CA 94901.** I am enclosing a set of fingerprints and a money order in the amount of $18 to cover your fee.

Thank you very much for your cooperation.

Sincerely,

Mohamed Ikbal Ali
encl.



MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
www.moneygram.com

PLEASE READ REVERSE SIDE          DATE/AMOUNT

1014828 5175                    06 13 08
120    NN                       $18.00
99810076001000-          41

R101482851756        EMPLOYEE
715 (1/07) 700/14000
M 92260-O

▼DETACH HERE▼



EXHIBIT D

Case 3:08-cv-03978-JCS    Document 1-2    Filed 08/20/2008    Page 5 of 13

1-689* (Rev. 10-1-97)

# FEDERAL BUREAU OF INVESTIGATION
Criminal Justice Information Services Division
## CLARKSBURG, W.V.  26306

JUN 1 9 2008  5 6 3 6

Please note the stamp on the back of the enclosed fingerprint card indicating the results of the search of the FBI Criminal Justice Information Services Division's files.

Enclosure(s)

Identification and Investigative
Services Section

JUN 1 9 2008 5 1 3 3 Q A                    FBI/DOJ



| APPLICANT | LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | FBI | LEAVE BLANK |
|---|---|---|---|---|

**LAST NAME** NAM  **FIRST NAME**  **MIDDLE NAME**

ALI     Mohamed    Ikbal

SIGNATURE OF PERSON FINGERPRINTED
md

ALIASES AKA

O
R    DC0000002
CJIS-WV-DO-REQ
CLARKSBURG, WV

RESIDENCE OF PERSON FINGERPRINTED
331 Seneca Ave
San Francisco, CA 94112

CITIZENSHIP CTZ  Syria

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| M | C | 5.11 | 235 | Brn | Blk | Syria |

DATE OF BIRTH DOB
Month 1  Day 1  Year 62

DATE 6/13/08   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS  Juan E Cano
EMPLOYER AND ADDRESS

2008061941-20-01

LEAVE BLANK

REASON FINGERPRINTED
Immigration

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC
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

MISCELLANEOUS NO. MNU

CLASS

REF



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

6

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE
## CJIS DIVISION/CLARKSBURG, WV 26306

# APPLICANT

### 1. LOOP



CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

### 2. WHORL



DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

### 3. ARCH

ARCHES HAVE NO DELTAS

★U.S. GPO: 2001 483-800/2-02321
FD-258 (REV. 5-11-99)

TO OBTAIN CLASSIFIABLE FINGERPRINTS:

1. USE BLACK PRINTER'S INK.
2. DISTRIBUTE INK EVENLY ON INKING SLAB.
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
6. NOTATE IN THE APPROPRIATE FINGER BLOCKS IF APPLICANT IS MISSING ONE OR MORE FINGERS FOR ANY REASON. IF NOT MISSING, ALL TEN IMPRESSIONS MUST BE PROVIDED WITH SCARS AND DEFORMITIES NOTATED.
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED.
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

### THIS CARD FOR USE BY:   LEAVE THIS SPACE BLANK

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

### INSTRUCTIONS:

1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
2. PRIVACY ACT OF 1974 (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.
3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.

MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO. PASSPORT NO. (FP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

NO ARREST RECORD
JUN 19 2008
CJIS DIVISION FBI

JUN 19 2008 5 1 3 3 Q A





Search

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

Print This Page     Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted July 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted July 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | April 16, 2008 |
| I-485 | Application to Register Permanent Residence or Adjust Status | November 23, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | January 11, 2008 |
| I-600A | Application for Advance Processing of Orphan Petition | January 11, 2008 |
| I-765 | Application for Employment Authorization | November 10, 2006 |
| N-400 | Application for Naturalization | July 29, 2007 |
| N-600 | Application for Certification of Citizenship | January 17, 2008 |

Print This Page     Back

08-18-2008 09:51 PM EDT

EXHIBIT E






*Office of Communications*
U.S. Citizenship
and Immigration
Services

# News Release

August 11, 2008

## USCIS UPDATES PROJECTED NATURALIZATION PROCESSING TIMES

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) announced today that it continues to make steady progress in reducing the significant number of naturalization applications it received last year. USCIS now anticipates naturalization application processing will average 10-12 months nationally by the end of September 2008 – a substantial improvement from its estimated average processing time of 16-18 months first announced last year.

"USCIS is committed to providing customers with clear expectations and regular updates about the agency's progress to reduce its backlog," Acting USCIS Director Jonathan Scharfen said. "We are working steadily toward achieving our goal of processing all naturalization applications within five months by this time next year."

During Fiscal Year 2007, USCIS received 1.4 million naturalization applications, nearly double the normal annual volume. In July alone, USCIS received 460,000 applications for naturalization prior to the implementation of its July 30, 2007 fee increase. As a result, average processing times significantly increased.

In response to the surge in applications, USCIS implemented a work plan to reduce the backlog, including implementing an aggressive hiring plan and expanded work hours. As a result of this effort, USCIS anticipates completing more than one million naturalization applications by the end of this fiscal year, including most of the applications received during the summer of 2007.

Last year's application surge did not impact USCIS offices evenly across the country. Although most offices have already processed cases received during the 2007 filing surge, a handful of offices will have a small percentage of their 2007 cases pending at the end of Fiscal Year 2008. That will result in processing times longer than the 10-12 month national average. USCIS will continue to shift resources to ensure that all local offices achieve the goal of five month processing times.

USCIS field office projections are listed below. These projections indicate the average time it will take to complete a naturalization case as of the end of September 2008.

### Estimate of Local Office Naturalization Processing Times by September 2008

| Office | Months | Office | Months |
|---|---|---|---|
| Agana, Guam | 5.0 | Memphis, Tenn. | 8.4 |
| Albany, N.Y. | 5.6 | Miami, Fla. | 12.0 |
| Albuquerque, N.M. | 8.4 | Milwaukee, Wis. | 6.6 |
| Anchorage, Alaska | 5.0 | Mount Laurel, N.J. | 5.0 |
| Atlanta, Ga. | 6.7 | New Orleans, La. | 14.5 |





EXHIBIT F

| | |
|---|---|
| Baltimore, Md. | 7.0 |
| Boise, Idaho | 10.5 |
| Boston, Mass. | 8.8 |
| Buffalo, N.Y. | 7.0 |
| Charleston, S.C. | 14.1 |
| Charlotte Amalie, Virgin Islands | 7.2 |
| Charlotte, N.C. | 14.9 |
| Chicago, Ill. | 5.1 |
| Cincinnati, Ohio | 7.0 |
| Cleveland, Ohio | 6.8 |
| Columbus, Ohio | 5.7 |
| Dallas, Texas | 11.0 |
| Denver, Colo. | 5.2 |
| Des Moines, Iowa | 5.7 |
| Detroit, Mich. | 5.0 |
| El Paso, Texas | 7.9 |
| Fort Smith, Ark. | 7.6 |
| Fresno, Calif. | 6.7 |
| Harlingen, Texas | 5.0 |
| Hartford, Conn. | 14.3 |
| Helena, Mont. | 5.0 |
| Honolulu, Hawaii | 5.0 |
| Houston, Texas | 5.1 |
| Indianapolis, Ind. | 5.0 |
| Jacksonville, Fla. | 7.4 |
| Kansas City, Mo. | 7.0 |
| Las Vegas, Nev. | 9.0 |
| Los Angeles, Calif. | 12.5 |
| Louisville, Ky. | 7.1 |
| Manchester, N.H. | 5.3 |
| New York, N.Y. | 10.0 |
| Newark, N.J. | 7.4 |
| Norfolk, Va. | 7.2 |
| Oklahoma City, Okla. | 8.6 |
| Omaha, Neb. | 5.0 |
| Orlando, Fla. | 9.5 |
| Philadelphia, Pa. | 10.0 |
| Phoenix, Ariz. | 8.6 |
| Pittsburgh, Pa. | 6.0 |
| Portland, Maine | 5.5 |
| Portland, Ore. | 5.4 |
| Providence, R.I. | 6.7 |
| Reno, Nev. | 5.0 |
| Sacramento, Calif. | 5.0 |
| Salt Lake City, Utah | 5.0 |
| San Antonio, Texas | 5.0 |
| San Diego, Calif. | 5.0 |
| San Francisco, Calif. | 5.5 |
| San Jose, Calif. | 5.0 |
| San Juan, Puerto Rico | 10.4 |
| Seattle, Wash. | 9.0 |
| Spokane, Wash. | 5.0 |
| St Albans, Vt. | 9.5 |
| St Louis, Mo. | 10.3 |
| St Paul, Minn. | 5.5 |
| Tampa, Fla. | 8.6 |
| Tucson, Ariz. | 12.0 |
| Washington, D.C. | 12.7 |
| West Palm Beach, Fla. | 5.0 |
| Yakima, Wash. | 5.0 |

– USCIS –

10

U.S. Department of Homeland Security
20 Massachusetts Avenue, NW
Washington, D.C. 20529



**U.S. Citizenship
and Immigration
Services**

# Interoffice Memorandum

TO:     Regional Directors
        Service Center Directors
        District Directors, Including Overseas
        Asylum Office Directors
        Fraud Detection Unit Chiefs
        National Benefits Center Director

FROM:      Michael Aytes
           Acting Associate Director, Domestic Operations

DATE:      APR 2 5 2006

SUBJECT:   Background Checks and Naturalization Interview Scheduling

As you know, consistent with our regulations, USCIS has not been scheduling naturalization interviews until
we receive the results of the fingerprint checks that we conduct with the FBI, which we normally receive
within a few days after the applicant appears for fingerprinting. We do not approve a naturalization
application without first resolving all background checks concerning the applicant. For purposes of judicial
economy, we will promptly cease even to schedule any naturalization interviews until all background checks
have been completed in a particular case. This will mean cases will not be scheduled for interview until we
have both the results of the fingerprint check and the results of the separate FBI name check process.

The FBI name check is another background check normally used in naturalization cases. 82% of FBI name
checks are resolved within a few weeks. 99% are resolved within six more months. Unfortunately, the FBI
name check in the remaining cases can sometimes take months and in rare instances years to resolve.

Naturalization adjudications are subject to a unique law, Section 336(b) of the Immigration and Nationality
Act. That law allows an applicant to bring a lawsuit in federal court and allows the court to take over
jurisdiction of the case if USCIS has not adjudicated the case within 120 days from when the examination was
conducted. Thus, applicants in less than 1% of cases awaiting an FBI name check by that point have
sometimes sought to bring such a lawsuit.

Not surprisingly, even when such lawsuits are brought, courts have not been approving the naturalization
applications of applicants whose background checks have not been resolved. A few courts facing four-year
old cases have given USCIS and FBI a deadline within which to complete the check, but the government has
been able to complete the process within the court ordered deadline.

www.uscis.gov



 

Subject Name:  Background Checks and Naturalization Interview Scheduling
Page 2

USCIS is steadily reducing its processing backlog toward a six months average processing time for naturalization cases.  As USCIS has, due to your hard work and accomplishments, made progress in backlog reduction, a disparity has grown between USCIS normal processing time and the time it takes the FBI to complete its records check on the less than 1% of cases that require special FBI attention.

The applicants affected by those delays from the FBI name check process have increasingly begun to file lawsuits asking federal courts to decide naturalization cases that are not yet ripe for review because the background checks are not yet completed and resolved.  USCIS will vigorously defend those lawsuits and is confident courts will not make decisions that frustrate national security.

Meanwhile, USCIS will begin imposing restraints on its processes to prevent the scheduling of a naturalization interview until all background checks, including the FBI name check, are completed.  A priority information technology service request has been submitted to the OCIO's office to impose this block on interview scheduling.

While this will not necessarily eliminate mandamus actions, it will eliminate attempts to shift cases to the court before they are ripe for adjudication.  USCIS also continues to work with the FBI to seek shorter times for FBI name checks.

This change in procedures will only affect naturalization interviews.  It will take effect when the needed systems change is made, and will be prospective only.  As soon as possible you will be notified when that change will take effect.  When implemented, this change will clearly result in a temporary decrease in the number of cases available for scheduling, so field managers will need to begin to plan to use the resources not needed for these interviews on continued cases and other work.

Cc:     General Counsel
        International Operations
        National Security and Records Verification

12

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Thursday, August 9, 2007

MOHAMED ALI
331 SENECA AVENUE
SAN FRANCISCO CA 94112

Dear Mohamed Ali:

On 08/09/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | Applicant or Petitioner |
| Attorney Name: | Information not available |
| Case type: | N400 |
| Filing date: | 08/16/2006 |
| Receipt #: | WSC*001571292 |
| Beneficiary (if you filed for someone else): | Information not available |
| Your USCIS Account Number (A-number): | Information not available |
| Type of service requested: | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-09-2007 06:41 PM EDT - WSC*001571292



