1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12 MOHAMED ALI,                    )   No. C 08-3976 JCS
                                   )
13             Plaintiff,          )
                                   )
14     v.                          )   ORDER
                                   )   STIPULATION TO DISMISS PURSUANT
15 MICHAEL B. MUKASEY, Attorney    )   TO FED. R. CIV. P. 41(a)
   General; et al.,                )
16                                 )
               Defendants.         )
17 _____ )

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
No. C 08-3976 JCS

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate, pursuant to Rule 41(a), Federal Rules of Civil Procedure, to
3  dismissal of the above-entitled action without prejudice.
4    Each of the parties shall bear their own costs and fees.

5  Dated: November 7, 2008                    Respectfully submitted,

6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
7

8                                                    /s/
                                              MELANIE L. PROCTOR[1]
9                                             Assistant United States Attorney
                                              Attorneys for Defendants
10

11  Dated: November 6, 2008                          /s/
                                              KIP EVAN STEINBERG
12                                            Attorney for Plaintiff

13

14

15

16

17

18

19  Dated:   November 7, 2008



20

21

22

23

24

25

26

27  _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-3976 JCS                          2